Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

Kirk Gilyard                                                                    Crim. No.98-CR-20059-02

On June 27, 2011, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on August 2, 2011, the offender entered guilty pleas, and the Court deferred a disposition on the violations until February 7, 2012. The offender was continued on supervision and placed at the halfway house, Bannum Place of Saginaw, LLC, for six months. If the offender violated the conditions of his supervision while there, he was to immediately be brought before the Court and sentenced. If he successfully completed the six months, the violation would be dismissed. Therefore, the Court makes the following findings:

> The offender has successfully completed his time at the halfway house. Supervised release is continued, the violation charges are dismissed, and the offender is released from Bannum Place of Saginaw, LLC on February 7, 2012.

Respectfully submitted,

 s/Peggy L. Walkowiak
Peggy L. Walkowiak
United States Probation Officer
989-894-8827

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. The offender is released from Bannum Place of Saginaw, LLC on February 7, 2012. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 27th  Day of  January, 2012.

 S/Robert H. Cleland
Honorable Robert H. Cleland
United States District Judge